UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

In re: § Case No. 13-11415-VFP
§
Dynova Laboratories, Inc. §
§
§
Debtor(s) §

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Donald V. Biase, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $762,728.44 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $536,532.26 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $315,628.11 | | |

3) Total gross receipts of $852,160.37 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $852,160.37 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $315,628.11 | $315,628.11 | $315,628.11 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,678.66 | $1,678.66 | $1,678.66 |
| General Unsecured Claims (from **Exhibit 7**) | $756,683.89 | $553,209.61 | $534,873.29 | $534,853.60 |
| **Total Disbursements** | $756,683.89 | $870,516.38 | $852,180.06 | $852,160.37 |

4). This case was originally filed under chapter 7 on 01/25/2013. The case was pending for 47 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2016         By:   /s/ Donald V. Biase
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking Account | 1129-000 | $985.07 |
| Emerson Escrow | 1129-000 | $345,000.00 |
| ROYALTIES - HI-TECH PHARMACAL CO | 1221-000 | $219,979.07 |
| Settlement Agreement Hi Tech Pharmacal | 1249-000 | $286,196.23 |
| **TOTAL GROSS RECEIPTS** | | **$852,160.37** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Hi-Tech Pharmacal Co., Inc. | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DONALD V. BIASE, Trustee | 2100-000 | NA | $45,858.02 | $45,858.02 | $45,858.02 |
| DONALD V. BIASE, Trustee | 2200-000 | NA | $293.46 | $293.46 | $293.46 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $261.43 | $261.43 | $261.43 |
| INTERNATIONAL SURITIES, LTD | 2300-000 | NA | $154.61 | $154.61 | $154.61 |
| LTD International Sureties | 2300-000 | NA | $1,062.24 | $1,062.24 | $1,062.24 |
| C. MARINO RECORDS MANAGEMENT | 2410-000 | NA | $273.00 | $273.00 | $273.00 |
| Signature Bank | 2600-000 | NA | $6,338.75 | $6,338.75 | $6,338.75 |
| Team Capital Bank | 2600-000 | NA | $5,036.96 | $5,036.96 | $5,036.96 |
| Union Bank | 2600-000 | NA | $3,231.42 | $3,231.42 | $3,231.42 |
| C. MARINO RECORDS | 2990-000 | NA | $91.00 | $91.00 | $91.00 |

| MANAGEMENT | | | | | | |
|---|---|---|---|---|---|---|
| Attorney for Trustee | 3210-000 | | NA | $202,841.28 | $202,910.51 | $202,910.51 |
| Attorney for Trustee | 3220-000 | | NA | $4,853.02 | $4,783.79 | $4,783.79 |
| Accountant for Trustee | 3410-000 | | NA | $45,011.50 | $45,011.50 | $45,011.50 |
| Accountant for Trustee | 3420-000 | | NA | $321.42 | $321.42 | $321.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $315,628.11 | $315,628.11 | $315,628.11 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Ny Dept. Of Taxation & Finance | 5800-000 | $0.00 | $300.00 | $300.00 | $300.00 |
| 6 | State Of New Jersey | 5800-000 | $0.00 | $1,378.66 | $1,378.66 | $1,378.66 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,678.66 | $1,678.66 | $1,678.66 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Couch White | 7100-000 | $0.00 | $27,367.64 | $9,031.32 | $9,031.32 |
| 3 | Aisling Capital | 7100-000 | $373,000.00 | $373,000.00 | $373,000.00 | $373,000.00 |
| 3A | Aisling Capital | 7100-000 | $0.00 | $147,726.97 | $147,726.97 | $147,707.28 |
| 4 | Bertolo & Company, Llc | 7100-000 | $3,000.00 | $5,115.00 | $5,115.00 | $5,115.00 |
| 7 | S. EMERSON GROUP INC. | 7200-000 | $375,000.00 | $0.00 | $0.00 | $0.00 |
| 8 | Emerson Healthcare | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | David Delre | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Dewey Pegno & Kramarksy LLP | 7100-000 | $5,440.00 | $0.00 | $0.00 | $0.00 |
| | Firstenergy | 7100-000 | $243.89 | $0.00 | $0.00 | $0.00 |
| | Mathew Harrison | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sinus Buster Products | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sinus Buster Products | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Wayne Perry | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $756,683.89 | $553,209.61 | $534,873.29 | $534,853.60 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 13-11415-VFP | Trustee Name: | Donald V. Biase |
|---|---|---|---|
| Case Name: | Dynova Laboratories, Inc. | Date Filed (f) or Converted (c): | 01/25/2013 (f) |
| For the Period Ending: | 12/6/2016 | §341(a) Meeting Date: | 02/21/2013 |
| | | Claims Bar Date: | 05/23/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking Account | $1,266.91 | $1,266.91 | | $985.07 | FA |
| 2 | Escrow Account Tashlik Kreutzer Goldwyn & Crandell | $762,728.44 | $762,728.44 | | $0.00 | FA |
| Asset Notes: | Forgiven pursuant to settlement with Hi Tech Pharmacal see asset #4 | | | | | |
| 3 | Emerson Escrow | $375,000.00 | $375,000.00 | | $345,000.00 | FA |
| Asset Notes: | Accounting of funds held for return items | | | | | |
| 4 | Settlement Agreement Hi Tech Pharmacal (u) | $0.00 | $290,000.00 | | $286,196.23 | FA |
| 5 | ROYALTIES - HI-TECH PHARMACAL CO (u) | $0.00 | $300,000.00 | | $219,979.07 | FA |
| 6 | Servers - Dell & HP (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | 1 Dell PowerEdge 840 Tower Server | | | | | |
| | 1 HP Proliant ML350 Server CPU - intel Xeon E5530 | | | | | |
| INT | Post-Petition Interest Deposits | Unknown | Unknown | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | $1,138,995.35 | $1,728,995.35 | | $852,160.37 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

06/18/2016   Dynova - file TFR

03/31/2016   03-31-16 - Trustee attorney fee application pending; finalize case; need estate tax return; accountant to file fee application

Emerson to provide a final accounting of funds held for return items which will produce additional funds  [Don Biase 2013-05-01 15:21:21]

C. Marino to destroy records by R. Honig order signed 6/25/15 [Don Biase 2015-06-26 16:02:24]

**Initial Projected Date Of Final Report (TFR):**  03/28/2014    **Current Projected Date Of Final Report (TFR):**  12/30/2016    /s/ DONALD V. BIASE
DONALD V. BIASE

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-11415-VFP | | Trustee Name: | Donald V. Biase |
| Case Name: | Dynova Laboratories, Inc. | | Bank Name: | Signature Bank |
| Primary Taxpayer ID #: | **-***0198 | | Checking Acct #: | ******6378 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/25/2013 | | Blanket bond (per case limit): | $55,810,245.00 |
| For Period Ending: | 12/6/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/14/2015 | | Union Bank | Transfer Funds | 9999-000 | $504,847.74 | | $504,847.74 |
| 09/08/2015 | | Signature Bank | Account Analysis Fee | 2600-000 | | $473.04 | $504,374.70 |
| 10/07/2015 | | Signature Bank | Account Analysis Fee | 2600-000 | | $787.83 | $503,586.87 |
| 11/05/2015 | | Signature Bank | Account Analysis Fee | 2600-000 | | $812.88 | $502,773.99 |
| 12/07/2015 | | Signature Bank | Account Analysis Fee | 2600-000 | | $785.32 | $501,988.67 |
| 01/07/2016 | | Signature Bank | Account Analysis Fee | 2600-000 | | $810.30 | $501,178.37 |
| 01/13/2016 | 5001 | INTERNATIONAL SURETIES LTD | Blanket Bond #016026384 | 2300-000 | | $653.58 | $500,524.79 |
| 01/13/2016 | 5001 | VOID: INTERNATIONAL SURETIES LTD | | 2300-000 | | ($653.58) | $501,178.37 |
| 01/13/2016 | 5002 | INTERNATIONAL SURETIES, LTD. | Blanket Bond #016026384 | 2300-000 | | $261.43 | $500,916.94 |
| 02/04/2016 | 5003 | Aisling Capital | Payment - balance of claim #4 per order dated 2/2/16 | 7100-000 | | $223,000.00 | $277,916.94 |
| 02/05/2016 | | Signature Bank | Account Analysis Fee | 2600-000 | | $808.84 | $277,108.10 |
| 02/08/2016 | (5) | AKORN | Final Royalty Paymentt - Hi-Tech Pharmacal | 1223-000 | $30,815.74 | | $307,923.84 |
| 03/07/2016 | | Signature Bank | Account Analysis Fee | 2600-000 | | $627.90 | $307,295.94 |
| 04/06/2016 | | Signature Bank | Account Analysis Fee | 2600-000 | | $496.08 | $306,799.86 |
| 04/12/2016 | 5004 | HELLRING LINDEMAN GOLDSTEIN & SIEGA | Final fee app dated April 11, 2016 | 3210-000 | | $94,758.76 | $212,041.10 |
| 04/12/2016 | 5005 | HELLRING LINDEMAN GOLDSTEIN & SIEGA | Final fee order dated April 11, 2016 | 3220-000 | | $175.09 | $211,866.01 |
| 05/05/2016 | | Signature Bank | Account Analysis Fee | 2600-000 | | $395.23 | $211,470.78 |
| 06/06/2016 | | Signature Bank | Account Analysis Fee | 2600-000 | | $341.33 | $211,129.45 |
| 06/29/2016 | 5006 | BEDERSON & COMPANY, LLP | Final distribution-fee app dated 5/5/16 | 3410-000 | | $17,018.50 | $194,110.95 |
| 06/29/2016 | 5007 | BEDERSON & COMPANY, LLP | Final distribution-expenses app dated 5/5/16 | 3420-000 | | $252.19 | $193,858.76 |
| 10/19/2016 | 5008 | DONALD V. BIASE | Trustee Compensation | 2100-000 | | $45,858.02 | $148,000.74 |
| 10/19/2016 | 5009 | DONALD V. BIASE | Trustee Expenses | 2200-000 | | $293.46 | $147,707.28 |
| 10/19/2016 | 5010 | Aisling Capital | Claim #: 3;  Distribution Dividend: 99.99; Amount Allowed: 147,726.97; Notes: Funds paid to equity holder over and above funds loaned - see claim #3; | 7100-000 | | $147,707.28 | $0.00 |
| | | | **SUBTOTALS** | | $535,663.48 | $535,663.48 | |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-11415-VFP | Trustee Name: | Donald V. Biase |
|---|---|---|---|
| Case Name: | Dynova Laboratories, Inc. | Bank Name: | Signature Bank |
| Primary Taxpayer ID #: | **-***0198 | Checking Acct #: | ******6378 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/25/2013 | Blanket bond (per case limit): | $55,810,245.00 |
| For Period Ending: | 12/6/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $535,663.48 | $535,663.48 | $0.00 |
| | | | Less: Bank transfers/CDs | | $504,847.74 | $0.00 | |
| | | | **Subtotal** | | $30,815.74 | $535,663.48 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $30,815.74 | $535,663.48 | |

For the period of **1/25/2013** to **12/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $30,815.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,815.74 |
| Total Internal/Transfer Receipts: | $504,847.74 |
| | |
| Total Compensable Disbursements: | $535,663.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $535,663.48 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **08/14/2015** to **12/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $30,815.74 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,815.74 |
| Total Internal/Transfer Receipts: | $504,847.74 |
| | |
| Total Compensable Disbursements: | $535,663.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $535,663.48 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-11415-VFP | | Trustee Name: | Donald V. Biase |
|---|---|---|---|---|
| Case Name: | Dynova Laboratories, Inc. | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0198 | | Checking Acct #: | ******5252 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 1/25/2013 | | Blanket bond (per case limit): | $55,810,245.00 |
| For Period Ending: | 12/6/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/02/2015 | | Transfer from Acct # xxxxxx8987 | Transfer of Funds | 9999-000 | $414,934.52 | | $414,934.52 |
| 02/10/2015 | 10001 | C. MARINO RECORDS MANAGEMENT | Records Retention Invoice #1550A | 2990-000 | | $13.00 | $414,921.52 |
| 03/14/2015 | 10002 | C. MARINO RECORDS MANAGEMENT | Records Retention Invoice #1675A | 2990-000 | | $13.00 | $414,908.52 |
| 03/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $557.03 | $414,351.49 |
| 03/26/2015 | (5) | HI-TECH PHARMACAL CO. INC | ROYALTIES FOR OCT, NOV & DEC 2014 | 1223-000 | $56,735.82 | | $471,087.31 |
| 04/09/2015 | | INTERNATIONAL SURITIES, LTD | 2015 Blanket Bond Refund | 2300-000 | | ($110.95) | $471,198.26 |
| 04/26/2015 | 10003 | C. MARINO RECORDS MANAGEMENT | Records Retention Invoice #1798A | 2990-000 | | $13.00 | $471,185.26 |
| 04/27/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $621.94 | $470,563.32 |
| 05/19/2015 | 10004 | C. MARINO RECORDS MANAGEMENT | Records Retention Invoice #1925A | 2990-000 | | $13.00 | $470,550.32 |
| 05/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $677.62 | $469,872.70 |
| 06/09/2015 | 10005 | C. MARINO RECORDS MANAGEMENT | Records Retention Invoice #2045A | 2990-000 | | $13.00 | $469,859.70 |
| 06/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $699.20 | $469,160.50 |
| 07/15/2015 | 10006 | C. MARINO RECORDS MANAGEMENT | DESTRUCTON OF RECORDS 13 BOXES @ $2.00 PER BOX | 2990-000 | | $26.00 | $469,134.50 |
| 07/27/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $675.63 | $468,458.87 |
| 07/28/2015 | (5) | HI-TECH PHARMACAL CO | ROYALTIES - JAN, FEB, MAR 2015 | 1223-000 | $36,388.87 | | $504,847.74 |
| 08/14/2015 | | Signature Bank | Transfer Funds | 9999-000 | | $504,847.74 | $0.00 |

| | | | | **SUBTOTALS** | $508,059.21 | $508,059.21 | |

FORM 2

Page No: 4    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-11415-VFP | Trustee Name: | Donald V. Biase |
|---|---|---|---|
| Case Name: | Dynova Laboratories, Inc. | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***0198 | Checking Acct #: | ******5252 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/25/2013 | Blanket bond (per case limit): | $55,810,245.00 |
| For Period Ending: | 12/6/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $508,059.21 | $508,059.21 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $414,934.52 | $504,847.74 | |
| | | | **Subtotal** | | $93,124.69 | $3,211.47 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $93,124.69 | $3,211.47 | |

**For the period of 1/25/2013 to 12/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $93,124.69 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $93,124.69 |
| Total Internal/Transfer Receipts: | $414,934.52 |
| | |
| Total Compensable Disbursements: | $3,211.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,211.47 |
| Total Internal/Transfer Disbursements: | $504,847.74 |

**For the entire history of the account between 01/01/1900 to 12/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $93,124.69 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $93,124.69 |
| Total Internal/Transfer Receipts: | $414,934.52 |
| | |
| Total Compensable Disbursements: | $3,211.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,211.47 |
| Total Internal/Transfer Disbursements: | $504,847.74 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-11415-VFP | | Trustee Name: | Donald V. Biase |
|---|---|---|---|---|
| Case Name: | Dynova Laboratories, Inc. | | Bank Name: | Team Capital Bank |
| Primary Taxpayer ID #: | **-***0198 | | Checking Acct #: | ******8987 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 1/25/2013 | | Blanket bond (per case limit): | $55,810,245.00 |
| For Period Ending: | 12/6/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/06/2013 | (1) | SILICON VALLEY BANK | To Close Debtors Bank Account Acct DDA 3300560949 | 1129-000 | $985.07 | | $985.07 |
| 05/30/2013 | (3) | Emerson Healthcare LLC | Escrow Return - Potential Charge Backs From Retailers | 1129-000 | $175,000.00 | | $175,985.07 |
| 06/05/2013 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $175,975.07 |
| 07/01/2013 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $183.31 | $175,791.76 |
| 07/01/2013 | 1001 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES May & June 2013 | 2410-000 | | $26.00 | $175,765.76 |
| 07/31/2013 | 1002 | C. MARINO RECORDS MANAGEMENT | RECORDS RETENTION 13 boxes July 2013 | 2410-000 | | $13.00 | $175,752.76 |
| 08/01/2013 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $183.10 | $175,569.66 |
| 08/29/2013 | 1003 | C. MARINO RECORDS MANAGEMENT | RECORDS RETENTION | 2410-000 | | $13.00 | $175,556.66 |
| 09/03/2013 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $182.89 | $175,373.77 |
| 10/01/2013 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $182.70 | $175,191.07 |
| 10/31/2013 | 1004 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES Sept & Oct 2013 - Invoice 9926 & 10075 | 2410-000 | | $26.00 | $175,165.07 |
| 11/01/2013 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $182.49 | $174,982.58 |
| 11/15/2013 | (4) | HI-TECH PHARMACAL CO. INC. | Settlement Agreement - Hi Tech Pharmacal Co, Inc | 1249-000 | $262,224.02 | | $437,206.60 |
| 12/02/2013 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $295.31 | $436,911.29 |
| 12/11/2013 | 1005 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES INVOICE 10226 FOR NOVEMBER 2013 | 2410-000 | | $13.00 | $436,898.29 |
| 12/16/2013 | 1006 | LTD International Sureties | bond #016026384 | 2300-000 | | $1,062.24 | $435,836.05 |
| 01/02/2014 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $454.83 | $435,381.22 |
| 01/12/2014 | 1007 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES INVOICE 10378 | 2410-000 | | $13.00 | $435,368.22 |
| 02/03/2014 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $453.53 | $434,914.69 |
| | | | | SUBTOTALS | $438,209.09 | $3,294.40 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-11415-VFP | Trustee Name: | Donald V. Biase |
|---|---|---|---|
| Case Name: | Dynova Laboratories, Inc. | Bank Name: | Team Capital Bank |
| Primary Taxpayer ID #: | **-***0198 | Checking Acct #: | ******8987 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/25/2013 | Blanket bond (per case limit): | $55,810,245.00 |
| For Period Ending: | 12/6/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/11/2014 | 1008 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES INVOICE 10517 | 2410-000 | | $13.00 | $434,901.69 |
| 02/19/2014 | (5) | HI-TECH PHARMACAL CO. INC. | ROYALTIES - DYNOVA LABS PRODUCTS | 1223-000 | $50,392.83 | | $485,294.52 |
| 03/03/2014 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $469.94 | $484,824.58 |
| 03/06/2014 | 1009 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES INVOICE 10659 | 2410-000 | | $13.00 | $484,811.58 |
| 04/01/2014 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $505.05 | $484,306.53 |
| 04/02/2014 | 1010 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES INVOICE 163A | 2410-000 | | $13.00 | $484,293.53 |
| 04/09/2014 | 1011 | HELLRING LINDEMAN GOLDSTEIN & SIEGA | CHAPTER 7 ATTORNEY TRUSTEE FEES Reversal order dated 4/7/14 | * | | ($140,822.68) | $625,116.21 |
| | | | $108,151.75 | 3210-000 | | | $625,116.21 |
| | | | $4,608.70 | 3220-000 | | | $625,116.21 |
| | | | $27,993.00 | 3410-000 | | | $625,116.21 |
| | | | $69.23 | 3420-000 | | | $625,116.21 |
| 04/09/2014 | 1011 | HELLRING LINDEMAN GOLDSTEIN & SIEGA | CHAPTER 7 ATTORNEY TRUSTEE FEES order dated 4/7/14 | * | | $140,822.68 | $484,293.53 |
| | | | $(108,151.75) | 3210-000 | | | $484,293.53 |
| | | | $(4,608.70) | 3220-000 | | | $484,293.53 |
| | | | $(27,993.00) | 3410-000 | | | $484,293.53 |
| | | | $(69.23) | 3420-000 | | | $484,293.53 |
| 04/09/2014 | 1012 | HELLRING LINDEMAN GOLDSTEIN & SIEGA | CHAPTER 7 TRUSTEE INTERIM EXPENSES Reversal PER ORDER DATED 4/7/14 | 3220-000 | | ($4,608.70) | $488,902.23 |
| 04/09/2014 | 1012 | HELLRING LINDEMAN GOLDSTEIN & SIEGA | CHAPTER 7 TRUSTEE INTERIM EXPENSES PER ORDER DATED 4/7/14 | 3220-000 | | $4,608.70 | $484,293.53 |
| 04/09/2014 | 1013 | HELLRING LINDEMAN GOLDSTEIN & SIEGA | CHAPTER 7 TRUSTEE ATTORNEY INTERIM FEES AND EXPENSES PER ORDER DATED 4/7/14 | * | | $112,760.45 | $371,533.08 |
| | | | $(108,151.75) | 3210-000 | | | $371,533.08 |
| | | | $(4,608.70) | 3220-000 | | | $371,533.08 |

|  |  | **SUBTOTALS** | $50,392.83 | $113,774.44 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-11415-VFP | | Trustee Name: | Donald V. Biase |
|---|---|---|---|---|
| Case Name: | Dynova Laboratories, Inc. | | Bank Name: | Team Capital Bank |
| Primary Taxpayer ID #: | **-***0198 | | Checking Acct #: | ******8987 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 1/25/2013 | | Blanket bond (per case limit): | $55,810,245.00 |
| For Period Ending: | 12/6/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/09/2014 | 1014 | BEDERSON & CO LLP | CHAPTER 7 TRUSTEE ACCOUNTANT INTERIM FEES AND EXPENSES | * | | $28,062.23 | $343,470.85 |
| | | | $(27,993.00) | 3410-000 | | | $343,470.85 |
| | | | $(69.23) | 3420-000 | | | $343,470.85 |
| 05/01/2014 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $431.13 | $343,039.72 |
| 05/06/2014 | 1015 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES INVOICES 140A $ 284A | 2410-000 | | $26.00 | $343,013.72 |
| 05/28/2014 | (4) | HI-TECH PHARMACAL, CO. INC | RFIRST QTR 2014 ROYALTIES | 1121-000 | $23,972.21 | | $366,985.93 |
| 05/28/2014 | 1016 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES MAY 2014 INVOICE 426A | 2410-000 | | $13.00 | $366,972.93 |
| 06/02/2014 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $358.98 | $366,613.95 |
| 07/01/2014 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $381.90 | $366,232.05 |
| 07/01/2014 | 1017 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES JUNE 2014 INVOICE 569A | 2410-000 | | $13.00 | $366,219.05 |
| 07/30/2014 | 1018 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES 2014 INVOICE 711A | 2410-000 | | $13.00 | $366,206.05 |
| 08/01/2014 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $381.48 | $365,824.57 |
| 08/19/2014 | 1019 | Bertolo & Company, Llc | FINAL PAYMENT-BANKRUPTCY CLAIM | 7100-000 | | $5,115.00 | $360,709.57 |
| 08/19/2014 | 1020 | Couch White | wayne perry claim payable to Couch White | 7100-000 | | $9,031.32 | $351,678.25 |
| 08/19/2014 | 1021 | Aisling Capital | PARTIAL DISTRIBUTION | 7100-000 | | $150,000.00 | $201,678.25 |
| 08/19/2014 | 1022 | State Of New Jersey | FINAL PAYMENT BANKRUPTCY | 5800-000 | | $1,378.66 | $200,299.59 |
| 08/19/2014 | 1023 | Ny Dept. Of Taxation & Finance | FINAL PAYMENT BANKRUPTCY | 5800-000 | | $300.00 | $199,999.59 |
| 09/03/2014 | (5) | HI-TECH PHARMACAL CO. INC. | ROYALTIES - DYNOVA LABS PRODUCTS APRIL 1, 20114 TO JUNE 30, 2014 | 1221-000 | $30,505.37 | | $230,504.96 |
| 09/03/2014 | | Team Capital Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $380.32 | $230,124.64 |
| 09/22/2014 | 1024 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES 2014 INVOICE 852A | 2410-000 | | $13.00 | $230,111.64 |
| 10/05/2014 | 1025 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES 2014 INVOICE 987A | 2410-000 | | $13.00 | $230,098.64 |
| 10/31/2014 | 1026 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES 2014 INVOICE 1121A | 2410-000 | | $13.00 | $230,085.64 |

SUBTOTALS    $54,477.58    $195,925.02

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-11415-VFP | | Trustee Name: | Donald V. Biase |
|---|---|---|---|---|
| Case Name: | Dynova Laboratories, Inc. | | Bank Name: | Team Capital Bank |
| Primary Taxpayer ID #: | **-***0198 | | Checking Acct #: | ******8987 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 1/25/2013 | | Blanket bond (per case limit): | $55,810,245.00 |
| For Period Ending: | 12/6/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/18/2014 | (5) | HI-RECH PHARMACAL CO, INC | ROYALTIES - DYNOVA LABS PRODUCTS PERIOD ENDING 9/30/14 | 1223-000 | $15,140.44 | | $245,226.08 |
| 12/24/2014 | (3) | THE EMERSON GROUP | SETTLEMENT FUNDS FULL AND FINAL PAYMENT | 1249-000 | $170,000.00 | | $415,226.08 |
| 01/07/2015 | 1027 | C. MARINO RECORDS MANAGEMENT | STORAGE FEES INVOICE #s1425A & 1250A | 2410-000 | | $26.00 | $415,200.08 |
| 01/12/2015 | 1028 | INTERNATIONAL SURITIES, LTD | BLANKET BOND 1/1/15 TO 1/1/16 | 2300-000 | | $265.56 | $414,934.52 |
| 02/02/2015 | | Transfer to Acct # xxxxxx5252 | Transfer of Funds | 9999-000 | | $414,934.52 | $0.00 |
| | | | **TOTALS:** | | $728,219.94 | $728,219.94 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $414,934.52 | |
| | | | Subtotal | | $728,219.94 | $313,285.42 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $728,219.94 | $313,285.42 | |

| For the period of 1/25/2013 to 12/6/2016 | | For the entire history of the account between 01/01/1900 to 12/6/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $728,219.94 | Total Compensable Receipts: | $728,219.94 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $728,219.94 | Total Comp/Non Comp Receipts: | $728,219.94 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $313,285.42 | Total Compensable Disbursements: | $313,285.42 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $313,285.42 | Total Comp/Non Comp Disbursements: | $313,285.42 |
| Total Internal/Transfer Disbursements: | $414,934.52 | Total Internal/Transfer Disbursements: | $414,934.52 |

**FORM 2**

Page No: 9    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 13-11415-VFP | | **Trustee Name:** | Donald V. Biase |
| **Case Name:** | Dynova Laboratories, Inc. | | **Bank Name:** | Team Capital Bank |
| **Primary Taxpayer ID #:** | **-***0198 | | **Checking Acct #:** | ******9000 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Checking |
| **For Period Beginning:** | 1/25/2013 | | **Blanket bond (per case limit):** | $55,810,245.00 |
| **For Period Ending:** | 12/6/2016 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

For the period of  1/25/2013 to 12/6/2016

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

For the entire history of the account between 01/01/1900 to 12/6/2016

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-11415-VFP | Trustee Name: | Donald V. Biase |
|---|---|---|---|
| Case Name: | Dynova Laboratories, Inc. | Bank Name: | Team Capital Bank |
| Primary Taxpayer ID #: | **-***0198 | Checking Acct #: | ******9000 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/25/2013 | Blanket bond (per case limit): | $55,810,245.00 |
| For Period Ending: | 12/6/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $852,160.37 | $852,160.37 | $0.00 |

**For the period of 1/25/2013 to 12/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $852,160.37 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $852,160.37 |
| Total Internal/Transfer Receipts: | $919,782.26 |
| | |
| Total Compensable Disbursements: | $852,160.37 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $852,160.37 |
| Total Internal/Transfer Disbursements: | $919,782.26 |

**For the entire history of the case between 01/25/2013 to 12/6/2016**

| | |
|---|---|
| Total Compensable Receipts: | $852,160.37 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $852,160.37 |
| Total Internal/Transfer Receipts: | $919,782.26 |
| | |
| Total Compensable Disbursements: | $852,160.37 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $852,160.37 |
| Total Internal/Transfer Disbursements: | $919,782.26 |

/s/ DONALD V. BIASE

DONALD V. BIASE